# United States District Court
## EASTERN DISTRICT OF VIRGINIA

### WARRANT FOR ARREST

UNITED STATES OF AMERICA
V.

Tawanda Joppy

07-247-M-01

CASE NUMBER : 04-162-M

**FILED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB: UNKNOWN SS#:

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Tawanda Joppy and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court _X_Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense):

Violation of Theft of U.S. Property - See Attached

In Violation of Title **18** United States Code, Section(s) **641**

**The Honorable Liam O'Grady**
Name of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

03-62-2004
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

_L. O'Grady_ (signature)
Signature of Issuing Officer

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

| Date Received 03-03-04 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 05-29-07 | William Martin DUSM | _signature_ |

07-247-M-01

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 04-1162-M |
| | ) | |
| v. | ) | |
| | ) | |
| TAWANDA M. JOPPY | ) | Court Date: March 1, 2004 |
| | ) | |
| | ) | |

FILED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CRIMINAL INFORMATION

(Misdemeanor – A1108783/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 11, 2004, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, TAWANDA M. JOPPY, did unlawfully and knowingly, convert to her own use merchandise of a value less than $1000, the property of the United States and a department and agency thereof, to wit: Merchandise from the Post Exchange, Fort Myer, Virginia.

(Violation of Title 18, United States Code, Section 641)

Respectfully submitted,
PAUL J. McNULTY
UNITED STATES ATTORNEY

By: _____
CHRISTINA FRENCH
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___13th___ day of February 2004, a true and correct copy of the foregoing Criminal Information was mailed, postage prepaid, to:

TAWANDA M. JOPPY
101 Carpenter Rd, #310
Washington, DC 20003

By: _____
CHRISTINA FRENCH
Special Assistant
United States Attorney

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on January 11, 2004 while exercising my duties as a law enforcement officer in the Eastern District of Virginia I was informed by PX Detective _____ the PX Store Detective, that she while observed JOPPY remove cigarettes and jewelry and concealed the items on her. I then observed her proceed through the checkout line without paying for the above listed items and attempt to leave the PX with the consent of JOPPY PX with the consent of JOPPY. I searched her in the PX Managers office and found the above listed items with PX tags therein. All information on the face of this Notice is incorperated by reference herein.

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on January 11, 2004  _____
                Date              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on 3-3-04  _____
                Date              US Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVB Scan 1/26/2004 15:07:06

---

**United States District Court**
**Violation Notice**

Loc Code: EV-17
Violation No: A1108783
Print Officer Name: FANK, A.
Officer No: F840

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: January 11, 2004 / 1234
Place of Offense: Building 450, Fort Myer VA 22211
Offense Description: Shoplifting - Grand Larceny
32 CFR SEC 634.25 (f)

Defendant's Last Name: JOPPY
First Name: Gwanda
MI: M
D.L. State: DC
Social Security No: _____
Vehicle Description: Year / Vehicle Make / Vehicle Color

A1108783

YOUR COURT DATE
Date: March 1, 2004
Time: 9:00 am

☒ A  YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS
☐ B  YOU MUST MARK ONE OF THE TWO CHOICES BELOW
     AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS
     ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
     ☐ I plead not guilty and promise to appear as required

Court Address: 401 Courthouse Sq, Alexandria VA 22314
Collateral (line): NCA

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998