JUN 1 2 ~~~~

**United States District Court  
for the District of Columbia  
333 Constitution Avenue, NW  
Washington, D.C. 20001**  
Date: 6/11/07

Nancy Mayer-Whittington  
Clerk of the Court

Address of Other Court:   United States District Court  
　　　　　　　　　　　　　Albert V. Bryan U.S. Courthouse  
　　　　　　　　　　　　　401 Courthouse Square  
　　　　　　　　　　　　　Alexandria, VA. 22314

　　　　　　RE: 07-247M Tawanda Joppy

FILED  
JUN 1 8 2007  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Dear Clerk of the Court:

　　　Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | |
|---|---|---|
| X Docket Sheet | | Warrant of Removal |
| X Warrant/Information | | Order of Removal |
| Minute Order Appointing Counsel | | Detention Order |
| Corporate Surety Bond | X | Waiver of Removal |
| Personal Surety Bond | | |
| X Other- Blotter dated 6/6/07, 5/29/07 | | |

　　　Please acknowledge receipt of the above documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　Nancy Mayer-Whittington,  
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　By: _____  
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk